UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )    3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

*Ambery Rayne Burnett v. Bayer Corporation, et al.*   No. 11-cv-10313-DRH

*Lindy King v. Bayer Corporation, et al.*   No. 10-cv-10064-DRH

*Brea Long v. Bayer Corporation, et al.*   No. 11-cv-11538-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
      Deputy Clerk

**Dated:** April 23, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.23
11:22:34 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**